FILED

07/21/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0495

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0495

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

TIMOTHY MCNEW,

     Defendant and Appellant.

**ORDER**

Upon consideration of Appellee's motion for a 15-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including August 12, 2020, within which to prepare, serve, and file its response brief.

KFS

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 21 2020